IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, et al., | No. C-16-403 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT** |
| v. | |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

On January 25, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of the Complaint, filed January 22, 2016.

**IT IS SO ORDERED.**

Dated: February 11, 2016

MAXINE M. CHESNEY
United States District Judge