```
Michael C. Wenzel, State Bar No. 215388
Talia B. Saypoff, State Bar No. 284704
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA, NANCY E. O'MALLEY,
JOHN PAUL WILLIAMS and EDDIE BERMUDEZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, M.D., and INTEGRATED PAIN CARE, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, DISTRICT ATTORNEY NANCY E. O'MALLEY, in Her Official and Individual Capacities, DA INSPECTORS JOHN PAUL WILLIAMS and EDDIE BERMUDEZ, CALIFORNIA DEPARTMENT OF INSURANCE DETECTIVE FERNANDO CUBANGBANG, and DOES 1 to 20,<br><br>    Defendants. | Case No. 3:16-cv-00403-MMC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br><br><br><br><br><br><br>**Hon. Maxine M. Chesney** |

Pursuant to United States District Court, Northern District of California Local rule 6-2 (a), and as supported by the Declaration of Talia Saypoff filed herewith, the parties through undersigned counsel hereby stipulate and respectfully request that the Court enlarge time for the Case Management Conference, currently set for April 22, 2016. The parties declare in support of this request:

WHEREAS, on January 22, 2016 plaintiffs filed their original Complaint for damages;

WHEREAS, on April 7, 2016 pursuant to an agreed-upon extension of time, defendants

1

1  COUNTY OF ALAMEDA, NANCY E. O'MALLEY, JOHN PAUL WILLIAMS and EDDIE
2  BERMUDEZ filed their Notice of Motion, Motion to Dismiss and Motion for More Definite Statement;

3  WHEREAS, on April 8, 2016, defendant FERNANDO CUBANGBANG filed his Notice of
4  Motions, Motion to Dismiss, Motion for More Definite Statement and Request for Stay;

5  WHEREAS, the hearing on all defendants' Motions to Dismiss, Motions for More Definite
6  Statement and Request for Stay are set for May 20, 2016;

7  WHEREAS, the Case Management Conference is set for April 22, 2016 and the Case
8  Management Statement and Initial Disclosures are due on April 14, 2016; and

9  WHEREAS, the parties are in agreement that in the interest of judicial efficiency, the Case
10 Management Conference should be continued to a date on or after the hearing on defendants' Motions to
11 Dismiss, Motions for More Definite Statement and Request for Stay.

13 IT IS HEREBY STIPULATED AND AGREED, subject to court approval, by and between the
14 undersigned counsel on behalf of the parties as follows:

16 Pursuant to Northern District Civil Local Rule 6-2, the April 22, 2016 Case Management
17 Conference is continued to a date on or after May 20, 2016;

19 Dated: April 12, 2016                                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

21                                                              By:  */s/Talia Saypoff*
22                                                                   Michael C. Wenzel
                                                                     Talia B. Saypoff
23                                                                   Attorneys for Defendants
                                                                     COUNTY OF ALAMEDA, NANCY E. O'MALLEY,
24                                                                   JOHN PAUL WILLIAMS and EDDIE BERMUDEZ

26 //
27 //
28 //

Dated: April 12, 2016                         KAMALA D. HARRIS
                                              Attorney General of California


                                              By: ___/s/ John Devine_____
                                                  John P. Devine
                                                  Supervising Deputy Attorney General
                                                  Attorneys for Defendant
                                                  FERNANDO CUBANGBANG


Dated: April 12, 2016                         THE LAW OFFICES OF JOHN BURTON


                                              By: ___/s/ John Burton_____
                                                  John Burton
                                                  Attorneys for Plaintiffs
                                                  GARY MARTINOVSKY, M.D., and INTEGRATED
                                                  PAIN CARE, INC.

### ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signatures on this Stipulation as /s/.


Dated: April 12, 2016                         By: ___/s/ Talia Saypoff_____
                                                  Talia B. Saypoff


### ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED. The ~~Settlement Conference~~ Case Management Conference currently set for April 22, 2016 is continued to July 1, 2016, ~~a date on or after May 20, 2016~~ at 10:30 a.m.

**IT IS SO ORDERED.**


Dated: April 13, 2016                         _____[signature]_____
                                              MAXINE M. CHESNEY
                                              United States District Judge

3
STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE
Case No.: 3:16-cv-00403-MMC