Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA NANCY E. O'MALLEY,
JOHN PAUL WILLIAMS and EDDIE BERMUDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, M.D., and INTEGRATED PAIN CARE, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, DISTRICT ATTORNEY NANCY E. O'MALLEY, in Her Official and Individual Capacities, DA INSPECTORS JOHN PAUL WILLIAMS and EDDIE BERMUDEZ, CALIFORNIA DEPARTMENT OF INSURANCE DETECTIVE FERNANDO CUBANGBANG, and DOES 1 to 20,<br><br>    Defendants. | Case No. 3:16-cv-00403-MMC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**; ORDER APPROVING STIPULATION<br><br><br><br><br><br><br><br><br><br><br><br>**Hon. Maxine M. Chesney** |

1 | Plaintiffs GARY MARTINOVSKY, M.D., and INTEGRATED PAIN CARE, INC., and Defendants COUNTY OF ALAMEDA, NANCY E. O'MALLEY, JOHN PAUL WILLIAMS, EDDIE BERMUDEZ, and FERNANDO CUBANGBANG, (hereinafter "Defendants,") by and through their counsel of record, hereby represent to the Court as follows:

WHEREAS, on January 22, 2016, Plaintiffs filed their Complaint in the above captioned action;

WHEREAS, pursuant to an agreed-upon extension of time, on April 7, 2016, Defendants County of Alameda, Nancy E. O'Malley, John Paul Williams, and Eddie Bermudez (hereinafter "COUNTY Defendants,") filed a Motion to Dismiss Plaintiffs' Complaint and, in the alternative, Motion for a More Definite Statement;

WHEREAS, pursuant to an agreed-upon extension of time, on April 8, 2016, Defendant Cubangbang filed a Motion to Dismiss Plaintiffs' Complaint and, in the alternative, a Request to Stay the matter.

WHEREAS, on May 20, 2016, a hearing on the Motions to Dismiss, Motion for a More Definite Statement, and Request to Stay was held, and as to Defendants' Motions to Dismiss, the Motions were granted without leave to amend in part and with leave to amend in part.

WHEREAS, Plaintiffs were given until June 24, 2016 to file a First Amended Complaint;

WHEREAS, Plaintiffs' First Amended Complaint in the above captioned action was filed and served on COUNTY Defendants on June 24, 2016, requiring a response date of July 8, 2016

WHEREAS, attorney for COUNTY Defendants, Michael C. Wenzel was on vacation from June 20, 2016 to June 27, 2016;

WHEREAS, the Initial Case Management Conference is not scheduled until September 16, 2016;

WHEREAS, a pre-trial diversion Order was entered in the underlying criminal proceedings related to this action, potentially impacting whether a brief stay may be appropriate in this action, which is not set to terminate prior to August 31, 2016;

WHEREAS, extending the date for Defendants to respond to the First Amended Complaint will not alter the date of any event or deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED, subject to court approval, by and between the undersigned counsel on behalf of the parties that Defendants will file and serve a response to the First

1  Amended Complaint on or before July 25, 2016.

2        It is so stipulated and agreed.

4  Dated: July 5, 2016                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

6                                               By:    */s/ Michael Wenzel*
                                                       Michael C. Wenzel
7                                                      Attorney for Defendants
                                                       COUNTY OF ALAMEDA NANCY E. O'MALLEY,
8                                                      JOHN PAUL WILLIAMS and EDDIE BERMUDEZ

9
   Dated: July 1, 2016                          THE LAW OFFICES OF JOHN BURTON
10

11
                                                By:    */s/ John Burton*
12                                                     John Burton
                                                       Ariana R. M. Gebauer
13                                                     Attorney for Plaintiffs
                                                       GARY MARTINOVSKY, M.D., and INTEGRATED
14                                                     PAIN CARE, INC.

15
   Dated: July 5, 2016                           KAMALA D. HARRIS
16                                               Attorney General of California

17
                                                By:    */s/ John Devine*
18                                                     John P. Devine
19                                                     Supervising Deputy Attorney General
                                                       Attorney for Defendant
20                                                     FERNANDO CUBANGBANG

21

22                        **ATTORNEY ATTESTATION**

23     I hereby attest that I have on file all holograph signatures for any signatures indicated by a

24  conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel

25  to show their signature on this document as /s/.

26  Dated: July 5, 2016
                                                By:    */s/ Michael Wenzel*
27                                                     Michael C. Wenzel

28

2
STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
Case No.: 3:16-cv-00403-MMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED. Defendants will file and serve a response to the First Amended Complaint on or before July 25, 2016.

**IT IS SO ORDERED.**

Dated: July 6, 2016

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge