John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California  91103
Telephone: (626) 449-8300/Fax: (626) 449-8197

Michael J. Haddad, State Bar No. 189114
haddad.sherwin@sbcglobal.net
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500/Fax: (510) 452-5510

Attorneys for Plaintiffs Gary Martinovsky, M.D., and
Integrated Pain Care, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, M.D., and INTEGRATED PAIN CARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ALAMEDA, DISTRICT ATTORNEY NANCY E. O'MALLEY, in Her Official and Individual Capacities, DA INSPECTORS JOHN PAUL WILLIAMS and EDDIE BERMUDEZ, CALIFORNIA DEPARTMENT OF INSURANCE DETECTIVE FERNANDO CUBANGBANG, and DOES 1 to 20, <br><br> Defendants. | Case No.  3:16-CV-403 MMC <br><br> **STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS TO DISMISS AND TO CONTINUE HEARING; ORDER** |

The parties hereto, through their respective attorneys of record, hereby stipulate and agree, should the Court find it appropriate and convenient, as follows:

1    On January 22, 2016, Plaintiffs filed their Complaint in the above captioned
2 action;
3    Pursuant to an agreed-upon extension of time, on April 7, 2016, Defendants
4 County of Alameda, Nancy E. O'Malley, John Paul Williams, and Eddie Bermudez (the
5 "County Defendants") filed a Motion to Dismiss Plaintiffs' Complaint and, in the
6 alternative, Motion for a More Definite Statement; and on April 8, 2016, Defendant
7 Cubangbang filed a Motion to Dismiss Plaintiffs' Complaint and, in the alternative, a
8 Request to Stay the matter. Plaintiffs timely filed oppositions.
9    On May 20, 2016, the Court heard oral argument on Defendants' motions, and
10 issued an order with various rulings, and granted Plaintiffs leave to file an amended
11 complaint no later than June 24, 2016.
12    Plaintiffs timely filed the First Amended Complaint, requiring Defendants' to
13 respond by July 8, 2016. That date was continued by stipulation and order to July 25,
14 2016. Defendants timely filed motions to dismiss and for other relief, with a hearing set
15 for September 9, 2016.
16    The Initial Case Management Conference is scheduled for September 16, 2016,
17 with the joint case management statement due on September 9, 2016.
18    Counsel for Plaintiffs have requested, and Counsel for Defendants have agreed,
19 to a two-week continuance of all dates. The reason is that under the current schedule
20 Plaintiffs' responses are due on August 8, 2016. John Burton, lead counsel for Plaintiff,
21 has a pre-paid vacation out of state for July 30 through August 10.
22    A pre-trial diversion Order was entered in the underlying criminal proceedings
23 related to this action, potentially impacting whether a brief stay may be appropriate in
24 this action, which is set to expire at some time between August 31 and September 29,
25 2016. Accordingly, the continued dates for hearing on the motions and the Initial Case
26 Management Conference will likely fall after the criminal case is terminated, mooting
27 any abstention issues.
28

IT IS HEREBY STIPULATED AND AGREED, subject to court approval, by and between the undersigned counsel on behalf of the parties that:

1. Plaintiffs file and serve their oppositions to Defendants' pending motions to dismiss and for other relief no later than August 22, 2016, and Defendants file and serve their replies by August 29, 2016.

2. The hearing on Defendants' Motions (Docket Nos. 46, 47 and 48), be set for September 23, 2016, at 10:00 a.m.

3. The Initial Case Management Conference be set for October 7, 2016, with the joint case management statement due on September 30, 2016.

It is so stipulated and agreed.

Dated: July 27, 2016        THE LAW OFFICES OF JOHN BURTON
                            HADDAD & SHERWIN

                            By: /S/ John Burton
                            _____
                            John Burton
                            Attorneys for Plaintiffs

                            KAMALA D. HARRIS
                            Attorney General of California

                            By: /S/ John P. Devine
                            _____
                            John P. Devine
                            Supervising Deputy Attorney General
                            Attorneys for Defendant Fernando Cubangbang

                            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                            By: /S/ Michael C. Wenzel
                            _____
                            Michael C. Wenzel
                            Attorneys for County Defendants

ATTORNEY ATTESTATION

I attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/S/") within this E-filed document or have been authorized by counsel to show their signature on this document as /S/.

Dated: July 27, 2016

By:   /S/ John Burton
      John Burton
      Counsel For Plaintiffs

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.

1. Plaintiffs shall file and serve their oppositions to Defendants' pending motions to dismiss and for other relief no later than August 22, 2016, and Defendants shall file and serve their replies by August 29, 2016.

2. The hearing on Defendants' Motions (Docket Nos. 46, 47 and 48), shall on September 23, 2016, at ~~10:00~~ 9:00 a.m.

3. The Initial Case Management Conference shall be held ~~September 30, 2016~~ October 21, 2016, with the joint case management statement due on ~~September 23, 2016~~ October 14, 2016.

IT IS SO ORDERED.

Dated: July 29, 2016                    _____
                                        United States District Judge