IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-00403-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Before the Court are two motions to dismiss: (1) defendants County of Alameda, Nancy E. O'Malley, John Paul Williams, and Eddie Bermudez's "Motion to Dismiss Plaintiffs' First Amended Complaint [FRCP Rule(b)(6)] and Motion for a More Definite Statement [FRCP Rule 12(e)]," filed July 25, 2016; and (2) defendant Fernando Cubangbang's "Motion to Dismiss," also filed July 25, 2016.  Plaintiffs have filed opposition, to which defendants have replied.  Having read and considered the parties' respective written submissions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for September 23, 2016.

**IT IS SO ORDERED.**

Dated: September 20, 2016

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge