IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00403-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　In light of the pending motions to dismiss, the Initial Case Management Conference previously scheduled for October 28, 2016, is hereby CONTINUED to December 9, 2016, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than December 2, 2016.

　　**IT IS SO ORDERED.**

Dated: October 21, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge