United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY MARTINOVSKY, et al.,

      Plaintiffs,

    v.

COUNTY OF ALAMEDA, et al.,

      Defendants.

Case No.  16-cv-00403-MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

     In light of the pending motions to dismiss, the Initial Case Management Conference previously scheduled for December 9, 2016, is hereby CONTINUED to January 27, 2017, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than January 20, 2017.

     **IT IS SO ORDERED.**

Dated: November 29, 2016

MAXINE M. CHESNEY
United States District Judge