IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>  Defendants. | Case No. 16-cv-00403-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions to dismiss, the Initial Case Management Conference previously scheduled for January 27, 2017, is hereby CONTINUED to March 10, 2017, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than March 3, 2017.

**IT IS SO ORDERED.**

Dated: January 18, 2017

MAXINE M. CHESNEY
United States District Judge