Michael C. Wenzel, State Bar No. 215388
Jashoda K. Kashyap, State Bar No. 295391
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
JOHN PAUL WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, M.D., and INTEGRATED PAIN CARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DA INSPECTOR JOHN PAUL WILLIAMS, CALIFORNIA DEPARTMENT OF INSURANCE DETECTIVE FERNANDO CUBANGBANG, and DOES 1 to 20,<br><br>Defendants. | Case No. 3:16-cv-00403-MMC<br><br>**REVISED STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE; [PROPOSED] ORDER**<br><br><br><br><br><br>**Hon. Maxine M. Chesney** |

## STIPULATION

IT IS HEREBY STIPULATED AND REQUESTED BY the parties to the above-captioned matter that all pretrial dates in this matter be continued by ninety (90) days and that the trial date be continued from March 5, 2018 to June 11, 2018, or a date thereafter that is convenient to the Court.

By Order dated March 13, 2017, a Settlement Conference before Magistrate Judge Laurel Beeler was scheduled for July 26, 2017. Plaintiff's counsel is set for trial in the matter of Rivera v. City of Ontario, C.D. Cal. Case No. 16-CV-1618-JFW-KK, which is scheduled to commence on July 25, 2017 for a four-day jury trial. Additionally, the third-party administrator representative for JP WILLIAMS is unavailable to attend the settlement conference due to a pre-scheduled vacation. Finally, the parties wish

1

STIPULATION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE; [PROPOSED] ORDER
US District Court Case No. 3:16-cv-00403-MMC

to complete certain limited key discovery prior to the settlement conference, and said discovery has been delayed due to scheduling conflicts.

Attorneys for WILLIAMS notified Magistrate Judge Beeler's clerk that there was a conflict and requested other dates for the conference. In response, Magistrate Judge Beeler issued an Order scheduling a conference call with the parties for June 15, 2017. (Docket No. 74.) During the conference, the parties and Court selected October 24, 2017 for a settlement conference, subject to this Court's approval of this stipulation.

Following the conference, Judge Beeler issued a minute order, (Docket No. 75), stating the following:

> The parties developed a conflict with the settlement conference that the court set previously in July. The court thus had a settlement conference call and now sets the case for 10/24/2017. The court offered earlier dates, but this is the earliest date that worked for everyone's schedule.

The continuance of dates requested herein will permit the parties to conduct discovery in order to meaningfully participate in a settlement conference, and will permit time to complete remaining necessary after the settlement conference in the event that the parties do not reach an agreement at the settlement conference.

For the reasons set forth above, the parties respectfully request that this Court continue all previously-set dates (as contained in Docket No. 70) as follows:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Non-Expert Discovery Cutoff | 9/18/2017 | 12/18/2017 |
| Expert Disclosures | 10/16/2017 | 1/15/2018 |
| Disclosure of Rebuttal Experts | 10/27/2017 | 1/25/2018 |
| Expert Discovery Cutoff | 11/17/2017 | 2/15/2018 |
| Last Day to File Dispositive Motions | 12/1/2017 | 3/1/2018 |
| Pretrial Conference | 2/20/2018 | 5/22/2018 |
| Trial | 3/5/2018 | 6/11/2018 |

The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: July 6, 2017                  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Michael Wenzel*
     Michael C. Wenzel
     Attorneys for Defendant
     JOHN PAUL WILLIAMS

Dated: July 6, 2017                  ATTORNEY GENERAL OF CALIFORNIA

By:   */s/ John Devine*
     John Devine
     Attorneys for Defendant
     FERNANDO CUBANGBANG

Dated: July 6, 2017                  THE LAW OFFICES OF JOHN BURTON

By:   */s/ John Burton*
     John Burton
     Attorneys for Plaintiffs
     GARY MARTINOVSKY, M.D., and INTEGRATED
     PAIN CARE, INC.

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all parties to show their signature on this document as /s/.

Dated: July 6, 2017                  By:   */s/ Michael Wenzel*
                                                                               Michael C. Wenzel

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the

parties' stipulation is hereby APPROVED. The Court orders the following deadlines:

| Event | Date |
|---|---|
| Non-Expert Discovery Cutoff | 12/18/2017 |
| Expert Disclosures | 1/15/2018 |
| Disclosure of Rebuttal Experts | 1/25/2018 |
| Expert Discovery Cutoff | 2/15/2018 |
| Last Day to File Dispositive Motions | 3/1/2018 |
| Pretrial Conference | 5/22/2018 |
| Trial | 6/11/2018 |

**IT IS SO ORDERED.**

Dated: July 7, 2017

*[signature]*
Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE