Michael C. Wenzel, State Bar No. 215388
Jashoda K. Kashyap, State Bar No. 295391
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     mwenzel@bfesf.com

Attorneys for Defendant
JOHN PAUL WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, M.D., and INTEGRATED PAIN CARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DA INSPECTOR JOHN PAUL WILLIAMS, CALIFORNIA DEPARTMENT OF INSURANCE DETECTIVE FERNANDO CUBANGBANG, and DOES 1 to 20,<br><br>Defendants. | Case No. 3:16-cv-00403-MMC<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES AND TRIAL DATE; [PROPOSED] ORDER**<br><br><br><br><br><br>**Hon. Maxine M. Chesney** |

## STIPULATION

IT IS HEREBY STIPULATED AND REQUESTED BY the parties to the above-captioned matter that all pretrial dates in this matter be further continued and that the trial date be continued from June 11, 2018, to October 11, 2018 or a date thereafter that is convenient to the Court.

This case arises from the arrest of plaintiff GARY MARTINOVSKY for fraud and the search of his clinic, plaintiff INTEGRATED PAIN CARE, Inc. by former Alameda County District Attorney Inspector JP WILLIAMS and California Department of Insurance Detective FERNANDO CUBANGBANG. Plaintiffs have alleged that they have suffered economic and noneconomic harm as a result of defendants' CUBANGBANG and WILLIAMS' conduct.

1

STIPULATION TO FURTHER EXTEND DEADLINES AND CONTINUE TRIAL DATE; [PROPOSED] ORDER
US District Court Case No. 3:16-cv-00403-MMC

By order dated June 15, 2017, a Settlement Conference before Magistrate Judge Laurel Beeler was scheduled for October 24, 2017, at the request of all parties (as the parties had a conflict with the previously scheduled date of July 26, 2017). The parties requested this Court continue the pretrial and trial dates accordingly. This Court issued an Order continuing the pretrial and trial dates on July 7, 2017. (Docket No. 78.)

In preparation for the October 24, 2017 Settlement Conference, the parties began conducting discovery. Counsel for WILLIAMS propounded requests for production of documents to plaintiffs GARY MARTINOVSKY and his business, INTEGRATED PAIN CARE, INC. seeking financial records necessary to evaluate their claims for business loss. Plaintiffs provided some records, but outstanding records are still being compiled. Counsel for defendants WILLIAMS and CUBANGBANG began taking plaintiff GARY MARTINOVSKY'S deposition on September 21, 2017, but were unable to complete it, given the complex issues in this matter. The parties agreed that MARTINOVSKY'S deposition should be completed in order to fully evaluate his damages claim, and agreed that defendants should be given additional time to obtain and analyze plaintiff's financial records. In addition, the parties agreed that additional time was needed for plaintiff to depose WILLIAMS and CUBANGBANG.

The parties submitted a stipulation to Magistrate Judge Beeler, requesting a continuance of the Settlement Conference, for the reasons set forth above. In response, on October 9, 2017, Magistrate Judge Beeler issued an Order continuing the Conference to January 17, 2018. (Docket No. 79.)

The further continuance of pretrial dates and the trial date requested herein will permit the parties to complete MARTINOVSKY'S deposition, and conduct WILLIAMS' and CUBANGBANG's deposition, in order to meaningfully participate in a settlement conference, and will permit time to complete remaining necessary discovery after the Settlement Conference in the event that the parties do not reach an agreement at the Settlement Conference. Absent a further continuance, the parties will be required to complete all discovery before the Settlement Conference, and incur significant expert costs, all of which may prove to be unnecessary.

For the reasons set forth above, the parties respectfully request that this Court continue all previously-set dates (as contained in Docket No. 78) as follows:

2

STIPULATION TO FURTHER EXTEND DEADLINES AND CONTINUE TRIAL DATE; [PROPOSED] ORDER
US District Court Case No. 3:16-cv-00403-MMC

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Non-Expert Discovery Cutoff | 12/18/2017 | 3/19/2018 |
| Expert Disclosures | 1/15/2018 | 4/16/2018 |
| Disclosure of Rebuttal Experts | 1/25/2018 | 4/26/2018 |
| Expert Discovery Cutoff | 2/15/2018 | 5/16/2018 |
| Last Day to File Dispositive Motions | 3/1/2018 | 5/30/2018 |
| Pretrial Conference | 5/22/2018 | 8/21/2018 |
| Trial | 6/11/2018 | 10/11/2018 |

The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: October 18, 2017　　　　　　　　　　BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Michael Wenzel*
　　Michael C. Wenzel
　　Attorneys for Defendant
　　JOHN PAUL WILLIAMS

Dated: October 18, 2017　　　　　　　　　　ATTORNEY GENERAL OF CALIFORNIA

By: */s/ John Devine*
　　John Devine
　　Attorneys for Defendant
　　FERNANDO CUBANGBANG

Dated: October 18, 2017　　　　　　　　　　THE LAW OFFICES OF JOHN BURTON

By: */s/ John Burton*
　　John Burton
　　Attorneys for Plaintiffs
　　GARY MARTINOVSKY, M.D., and INTEGRATED PAIN CARE, INC.

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all parties to show their signature on this document as /s/.

Dated: October 18, 2017                By:   */s/ Michael Wenzel*
                                                    Michael C. Wenzel

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED. The Court orders the following deadlines:

| Event | Dates |
|---|---|
| Non-Expert Discovery Cutoff | 3/19/2018 |
| Expert Disclosures | 4/16/2018 |
| Disclosure of Rebuttal Experts | 4/26/2018 |
| Expert Discovery Cutoff | 5/16/2018 |
| Last Day to File Dispositive Motions | 5/30/2018 |
| Pretrial Conference | ~~8/21/2018~~ 9/4/2018, at 3:00 p.m. |
| Trial | ~~10/11/2018~~ 9/17/2018 |

**IT IS SO ORDERED.**

Dated: October 26, 2017

*Maxine M. Chesney*
Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE